AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States District Court
Southern District Of Texas
**FILED**

OCT 13 2019

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br><br>Luis Enrique CORTEZ-Loera<br>YOB: 1995 COC: Mexico<br><br>_Defendant(s)_ | Case No.  M-19-2489-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 12, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 (a)(1) | Knowingly or intentionally possess with intent to manufacture, distribute, or dispense, a controlled substance; to wit: approximately 14.46 kg of cocaine. |

This criminal complaint is based on these facts:

See attachment.

☑ Continued on the attached sheet.

/s/ Evan Mason
_Complainant's signature_

Evan Mason, HSI Special Agent
_Printed name and title_

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

Date: 10/13/2019

_Judge's signature_

City and state: McAllen, Texas

U.S. Magistrate J. Scott Hacker
_Printed name and title_

# ATTACHMENT A

On October 12, 2019, a United States Customs and Border Protection Officer (CBPO) was conducting inbound inspections as part of his duties at the Hidalgo, Texas Port of Entry (POE). The CBPO, while assigned to the primary inspection lanes, encountered a vehicle being driven by Luis Enrique CORTEZ-Loera (CORTEZ).

Upon encountering CORTEZ, the CBPO recognized that CORTEZ had only two crossings in the vehicle CORTEZ was driving and that all CORTEZ' previous crossings were through the pedestrian border crossing lanes. The CBPO then referred CORTEZ to the secondary inspection area for further inspection. Once in the secondary inspection area, CORTEZ gave a negative declaration for food, alcohol, tobacco, firearms, drugs, and cash in excess of $10,000.00 USD. CORTEZ' vehicle was then sent to the Z Portal to be scanned. Upon scanning CORTEZ' vehicle, an anomaly was noted in the front of the vehicle.

CBPOs probed the anomaly and extracted a white powder substance that field tested positive for cocaine.

CORTEZ was detained and Homeland Security Investigations (HSI) Special Agent (SA) Evan Mason was advised of the situation and responded to the Hidalgo POE to interview CORTEZ. CORTEZ was read his Miranda rights in the Spanish language as witnessed by a CBPO. CORTEZ stated that he understood his rights, both verbally and in writing, and was willing to make a statement without an attorney present.

CORTEZ stated that he believed he was crossing drugs into the United States from Mexico and that he was going to be paid approximately $1000.00 USD to transport the unknown drugs, later determined to be cocaine, into the United States from Mexico.

CORTEZ stated that, following successfully smuggling the cocaine into the United States, he was to be contacted by an individual and told where to go.